B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In re Angela Maria Kelley,                    Case No. 10-92970-mgd

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Vantium Capital, Inc.                        Dyck-ONeal, Inc.
Name of Transferee                           Name of Transferor

Name and Address where notices to transferee should be sent:
Vantium Capital, Inc.-7880 Bent Branch Dr., Suite 150, Irving, TX 75063

Court Claim # (if known):  4
Amount of Claim:  $7,908.32
Date Claim Filed:  02/11/2011

Phone: 469-941-6427
Last Four Digits of Acct #: 7606

Phone: _____
Last Four Digits of Acct. #: 3152

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jessica O'Leary                      Date: 08/01/2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.